# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

    Plaintiff,

v.  No. 2:17-CV-00791-GJF-KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS CRUCES, LLC,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on September 26, 2017, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan [Doc. No. 10], filed September 12, 2017, and adopted it as reflected in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

    **KEVIN R. SWEAZEA**
    **UNITED STATES MAGISTRATE JUDGE**