IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

    Plaintiff,

v.                                          No. 2:17-CV-00791-GJF-KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS CRUCES, LLC,

    Defendants.

## SCHEDULING ORDER

This matter comes before the Court following a telephonic Rule 16 scheduling conference held on September 26, 2017. At the hearing, the Court adopted the parties proposed Joint Status Report and Provisional Discovery Plan, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories per party to the other party with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission per party to the other party with responses due thirty (30) days after service.

(c) Maximum of twenty-five (25) requests for production per party to the other party with responses due thirty (30) days after service.

(d) Maximum of ten (10) depositions by each party. The parties may seek leave of the Court should a greater number be required. Depositions of named parties and/or experts shall not exceed seven (7) hours unless extended by the parties' agreement during the deposition. Depositions of unnamed parties and/or experts shall not

exceed four (4) hours unless extended by the parties' agreement during the deposition.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15: **October 26, 2017**;

(b) Deadline for Defendant to amend pleadings and/or join parties pursuant to Federal Rule of Civil Procedure 15: **November 16, 2017**;

(c) Plaintiff's expert-disclosure deadline: **December 18, 2017**;

(d) Defendant's expert-disclosure deadline: **January 18, 2018**;

(e) Deadline for supplementing discovery/disclosures: **thirty (30) days after receiving information triggering the obligation to supplement;**

(f) Termination of discovery: **March 26, 2018**;

(g) Motions to compel relating to discovery: **April 9, 2018**;

(h) All other motions: **April 23, 2018**;

(i) Pretrial order: Plaintiff to Defendant by: **July 23, 2018**;

Defendant to Court by: **July 31, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery

deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE