IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

    Plaintiff,

v.                        No. 17-CV-00791-GJF-KRS

ADAMS RADIO GROUP, LLC, and
ADAMS RADIO GROUP OF LAS CRUCES, LLC,

    Defendants.

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER, having come before the Court on Defendants' Motion for Withdrawal and Substitution of Counsel in the above-captioned matter, Miller Stratvert P.A. and Jarmie & Associates having consented to the substitution, no parties objecting to the substitution, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Miller Stratvert P.A. is permitted to withdraw as counsel for Defendants and Jarmie & Associates (Cody R. Rogers) shall be substituted as attorneys of record for said Defendants. All inquiries, correspondence, pleadings in the above captioned matter should be directed to:

    Cody R. Rogers
    Jarmie & Associates
    P.O. Box 344
    500 North Church Street
    Las Cruces, NM 88004
    (575) 526-3338
    crogers@jarmielaw.com

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE