IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

    Plaintiff,

v.                                                                      No. 2:17-cv-00791-GJF-KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS
CRUCES, LLC,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** comes before the Court upon Defendants' [Unopposed] Motion to Extend Discovery and Pretrial Deadlines (Doc. 29), filed March 1, 2018. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order (Doc. 14), entered September 26, 2017, shall remain in full force and effect, subject only to the following modifications:

1. Discovery shall terminate on **April 25, 2018**.

2. The deadline for motions relating to discovery shall be **May 9, 2018**.

3. The deadline for all other motions shall be **May 23, 2018**.

                                                                      _____
                                                                      KEVIN R. SWEAZEA
                                                                      UNITED STATES MAGISTRATE JUDGE