**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRENDA RODRIGUEZ,

    Plaintiff,

v.                                                             CV No. 17-791 GJF/KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS CRUCES,
LLC,

    Defendants.

## **AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

Upon consent of the parties, the settlement conference currently set in this case for **Tuesday, May 15, 2018, at 9:00 a.m.**, will be held before Chief United States Magistrate Judge Carmen E. Garza. The settlement conference will be held **in the Organ Courtroom of the United States District Courthouse, 100 North Church Street, Las Cruces, New Mexico**,

**IT IS HEREBY ORDERED** that, **by May 10, 2018**, each party shall provide to the Court:

1. A copy of the settlement letter that was sent to the opposing party;

2. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

3. Any video or audio recordings of the incident upon which this action is based.

These materials may be submitted to the Court by facsimile transmission **(575.528.1675)**, or email **(garzaschambers@nmcourt.fed.us)**.

**IT IS FURTHER ORDERED** that the parties and a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person;

counsel who will try the case must also attend in person. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]  A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.