**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRENDA RODRIGUEZ,

    Plaintiff,

v.                                                                   CV No. 17-791 GJF/KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS CRUCES,
LLC,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. The Court, having reviewed the parties' settlement statements and having spoken with the parties, finds that conducting a settlement conference at the present time would not be fruitful.

**IT IS THEREFORE ORDERED** that the settlement conference set for May 15, 2018, is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE