IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

    Plaintiff,

v.                                                No. 2:17-cv-00791-GJF-KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS
CRUCES, LLC,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Extend Discovery and Pretrial Deadlines (Doc. 40), filed May 21, 2018. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order (Doc. 14), entered September 26, 2017, as amended by the Court's first Order Granting Motion to Extend Deadlines (Doc. 30), shall remain in full force and effect, subject only to the following modifications:

1. The deadline for motions relating to discovery shall be **July 9, 2018**.

2. The deadline for all other motions shall be **July 23, 2018**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE