IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA RODRIGUEZ,

        Plaintiff,

v.                                                                   No. 2:17-cv-00791-GJF-KRS

ADAMS RADIO GROUP, LLC and
ADAMS RADIO GROUP OF LAS CRUCES,
LLC,

        Defendants.

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents and Things ("Motion to Compel") (Doc. 44). Having reviewed the motion, Defendants' response (Doc. 48), and Plaintiff's subsequent reply (Doc. 57), the Court has determined that it is necessary to set a hearing on the matter.

**IT IS, THEREFORE, ORDERED** that a hearing on Plaintiff's Motion to Compel shall be held at the U.S. District Courthouse, Picacho Courtroom, 100 N. Church St., Las Cruces, NM 88001, on **August 30, 2018 at 10:00 a.m.**

                                                                  KEVIN R. SWEAZEA
                                                                  UNITED STATES MAGISTRATE JUDGE